**No. 11-7405. Larry Edward Hendricks, Petitioner v. Barry Galloway, et al.**

565 U.S. 1106, 132 S. Ct. 1048, 181 L. Ed. 2d 728, 2012 U.S. LEXIS 489.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 431 Fed. Appx. 219.